# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-1940

_____

Kevin Jordan,                 *
                               *

       Appellant,          *
                               *   Appeal from the United States

      v.                    *   District Court for the
                               *   Southern District of Iowa.

Brian Carter; Matt Rodgers,    *
                               *   [UNPUBLISHED]

       Appellees.          *

_____

Submitted: December 23, 2011
Filed: January 12, 2012

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Kevin Jordan appeals following the district court's[1] entry of judgment upon an adverse jury verdict in his 42 U.S.C. § 1983 action. He argues that his counsel was ineffective and that he was not permitted to be present at his trial. We conclude Jordan presents no basis for a new trial. There is no constitutional or statutory right to effective assistance of counsel in a civil case, see Taylor v. Dickel, 293 F.3d 427, 431 (8th Cir. 2002), and plaintiffs in a civil rights case generally have no constitutional right to be present at the trial of their claims. Am. Inmate Paralegal

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

Assoc. v. Cline, 859 F.2d 59, 62 (8th Cir 1988) (per curiam). The grant of leave to proceed *in forma pauperis* does not automatically entitle a civil litigant to a transcript at government expense. See 28 U.S.C. § 753(f); Rhodes v. Corps of Eng'rs, 589 F.2d 358, 359 (8th Cir. 1978). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.